UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIETRICH R. BERGMANN,

    Plaintiff,

v.

                                            Hon: AVERN COHN
                                            Case No. 10-12160

UNITED STATES DEPARTMENT
OF TRANSPORTATION,

    Defendant.
_____/

## AMENDED SCHEDULING ORDER

The Court held a pretrial conference with the parties on March 08, 2011, at which it directed the following:

    1.    Plaintiff has ten (10) days to file an amended complaint.

    2.    With regard to the pending motion to dismiss (Doc. 19), plaintiff's response is due thirty (30) days after defendant delivers to plaintiff the administrative record and supplements to the same extent and in the same format as defendant has delivered to plaintiffs in the case of *Latin Americans for Social and Economic Development, et al. v. Administrator of the Federal Highway Administration*, Case No. 10-10082.

    3.    The thirty (30) day period stated in ¶2 shall begin to run when defendant certifies delivery to plaintiff as required by ¶2.

    SO ORDERED.

Dated: March 31, 2011                    S/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 31, 2011, by electronic and/or ordinary mail.

                                            S/Julie Owens
                                            Case Manager, (313) 234-5160